# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Eulesses Jackson, Sr.

|  |  |
|---|---|
|  | ) **Bankruptcy No.** 10 B 33854 |
|  | ) |
| **Debtor(s)** | ) |
|  | ) |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on __October 25, 2012 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Andrew J. Maxwell is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date:  September 11, 2012

In re: Eulesses Jackson, Sr.
Bankruptcy No. 10 B 33854

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on September 11, 2012, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

**represented by Jennifer A Blanc**
Law Offices of Jennifer A Blanc
60 West Madison
Oak Park, IL 60302

*Trustee*
**Andrew J Maxwell, ESQ**
Maxwell & Potts, LLC
105 West Adams Street
Suite 3200
Chicago, IL 60603

**U.S. Trustee**
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtor*
**Eulesses Jackson, Sr.**
1101 S. Highland Ave.
Oak Park, IL 60304