# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| In re: | § | |
| --- | --- | --- |
| | § | |
| JACKSON SR., EULESSES | § | Case No. 10-33854 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-33854 JBS Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | JACKSON SR., EULESSES | Date Filed (f) or Converted (c): | 07/29/10 (f) |
| | | 341(a) Meeting Date: | 09/24/10 |
| For Period Ending: 03/31/14 | | Claims Bar Date: | 02/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1101 S. HIGHLAND AVE. OAK PARK, IL 60304 | 180,950.00 | 0.00 | | 0.00 | FA |
| 2. 1056 BARNES RD. CANTON MS 39046 - VACANT LAND | 57,000.00 | 57,000.00 | | 13,000.00 | FA |
| 3. CHARTER ONE | 0.00 | 0.00 | | 0.00 | FA |
| 4. CHARTER ONE SAVINGS ACCOUNT | 900.00 | 900.00 | | 0.00 | FA |
| 5. CTA CREDIT UNINION ACCOUNT -4798 3112 W. FOSTER CH | 80.00 | 80.00 | | 0.00 | FA |
| 6. TCF CHECKING | 250.00 | 250.00 | | 0.00 | FA |
| 7. M & F NATIONAL BANK COZIESCO, MISSISSIPPI | 150.00 | 150.00 | | 0.00 | FA |
| 8. BANK OF AMERICA CHECKING | 110.00 | 110.00 | | 0.00 | FA |
| 9. HOUSEHOLD GOODS AND FURNITURE | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10. CLOTHING | 100.00 | 100.00 | | 0.00 | FA |
| 11. TREADMILL (FIVE YEAR OLD) INOPERABLE | 10.00 | 10.00 | | 0.00 | FA |
| 12. TERM LIFE: PRUDENCIAL INSURANCE $5000 FACE VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 13. TERM LIFE: UNITED OMAHA FACE VALUE $25,000 | 0.00 | 0.00 | | 0.00 | FA |
| 14. CTA PENSION $565.39/M | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2009 TAX REFUND (OWED $523) | 0.00 | 0.00 | | 0.00 | FA |
| 16. 1992 CHEVY LUNINA (SCRAP VALUE 260,000 MILES) | 100.00 | 100.00 | | 0.00 | FA |
| 17. 2005 CAMRY XLE 50,000 MILES | 10,000.00 | 10,000.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $250,650.00 | $69,700.00 | | $13,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-investigating MS RE Sale

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-33854  JBS  Judge: JACK B. SCHMETTERER | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | JACKSON SR., EULESSES | Date Filed (f) or Converted (c): 07/29/10 (f) |
| | | 341(a) Meeting Date: 09/24/10 |
| | | Claims Bar Date: 02/22/11 |

Initial Projected Date of Final Report (TFR): 09/30/11     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-33854 -JBS |
| Case Name: | JACKSON SR., EULESSES |
| Taxpayer ID No: | *******1598 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8561 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) / Account CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/13 | 2 | ANGELA HARRIS<br>1060 BARNES RD<br>CANTON MS 39046 | 1056 Barnes Rd. Canton MS 39046 - V | 1110-000 | 2,000.00 | | 2,000.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,990.00 |
| 12/13/13 | 2 | BANK PLUS<br>PERCY HARRIS<br>BK 10-33854 | 1056 Barnes Rd. Canton MS 39046 - V | 1110-000 | 11,000.00 | | 12,990.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.98 | 12,977.02 |
| 02/07/14 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 14.23 | 12,962.79 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.29 | 12,943.50 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.39 | 12,926.11 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,000.00 | 73.89 | 12,926.11 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 13,000.00 | 73.89 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 13,000.00 | 73.89 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********8561) | 13,000.00 | 73.89 | 12,926.11 |
| | 13,000.00 | 73.89 | 12,926.11 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 13,000.00 73.89

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-33854 -JBS |
| Case Name: | JACKSON SR., EULESSES |
| Taxpayer ID No: | *******1598 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8561 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********8561)

| | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 20, 2014 |
|---|---|---|---|---|---|---|

Case Number: 10-33854  
Debtor Name: JACKSON SR., EULESSES  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $10,485.18 | $0.00 | $10,485.18 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $14.23 | $14.23 | $0.00 |
| 000005<br>058<br>5800-00 | United State Department of Justice<br>United States Attorney Northern Dis<br>219 South Dearborn St.<br>Chicago, IL 60604 | Priority | | $44,806.73 | $0.00 | $44,806.73 |
| 000001<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $14,818.32 | $0.00 | $14,818.32 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $11,349.09 | $0.00 | $11,349.09 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,660.60 | $0.00 | $2,660.60 |
| 000004<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $6,621.10 | $0.00 | $6,621.10 |
| 000006<br>070<br>7100-00 | FIRST FINANCIAL PORTFOLIO<br>MANAGEMENT INC<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: HSBC Card Services Inc. | Unsecured | | $2,115.55 | $0.00 | $2,115.55 |
| 000007<br>070<br>7100-00 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Unsecured | | $3,157.07 | $0.00 | $3,157.07 |
| 000008<br>070<br>7100-00 | US Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Unsecured | | $6,818.20 | $0.00 | $6,818.20 |
| 000009<br>070<br>7100-00 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135 | Unsecured | | $5,872.81 | $0.00 | $5,872.81 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 20, 2014 |
|---|---|---|---|---|---|---|

Case Number:   10-33854  
Debtor Name:   JACKSON SR., EULESSES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Warwick RI 02886 | | | | | |
| 000010<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $3,221.81 | $0.00 | $3,221.81 |
| 000011<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $2,532.73 | $0.00 | $2,532.73 |
| 000012<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $5,036.78 | $0.00 | $5,036.78 |
| | Case Totals: | | | $119,510.20 | $14.23 | $119,495.97 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                                                              Exhibit D

Case No.: 10-33854
Case Name: JACKSON SR., EULESSES
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

        Balance on hand                                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

        Total to be paid for chapter 7 administrative expenses        $_____

        Remaining Balance                                                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

        In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | United State Department of Justice | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance                              $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000006 | FIRST FINANCIAL PORTFOLIO MANAGEMENT INC | $ | $ | $ |
| 000007 | Fifth Third Bank | $ | $ | $ |
| 000008 | US Bank N.A. | $ | $ | $ |
| 000009 | RBS Citizens | $ | $ | $ |
| 000010 | FIA Card Services, NA/Bank of America | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000012 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE