UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| JACKSON SR., EULESSES | § | Case No. 10-33854 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/24/2014 in Courtroom 682,

> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/20/2014                    By: /s/ Andrew J. Maxwell
                                                    Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
JACKSON SR., EULESSES § Case No. 10-33854
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 13,000.00 |
| and approved disbursements of | $ | 73.89 |
| leaving a balance on hand of[1] | $ | 12,926.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 2,050.00 | $ 0.00 | $ 2,050.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 10,426.50 | $ 0.00 | $ 10,426.50 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 58.68 | $ 0.00 | $ 58.68 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.23 | $ 14.23 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 12,535.18 |
| Remaining Balance | | $ | 390.93 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 44,806.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | United State Department of Justice | $ 44,806.73 | $ 0.00 | $ 390.93 |
| | Total to be paid to priority creditors | | | $ 390.93 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,204.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 14,818.32 | $ 0.00 | $ 0.00 |
| 000002 | Chase Bank USA, N.A. | $ 11,349.09 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 2,660.60 | $ 0.00 | $ 0.00 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 6,621.10 | $ 0.00 | $ 0.00 |
| 000006 | FIRST FINANCIAL PORTFOLIO MANAGEMENT INC | $ 2,115.55 | $ 0.00 | $ 0.00 |
| 000007 | Fifth Third Bank | $ 3,157.07 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | US Bank N.A. | $ 6,818.20 | $ 0.00 | $ 0.00 |
| 000009 | RBS Citizens | $ 5,872.81 | $ 0.00 | $ 0.00 |
| 000010 | FIA Card Services, NA/Bank of America | $ 3,221.81 | $ 0.00 | $ 0.00 |
| 000011 | FIA Card Services, NA/Bank of America | $ 2,532.73 | $ 0.00 | $ 0.00 |
| 000012 | FIA Card Services, NA/Bank of America | $ 5,036.78 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-33854-JBS
Eulesses Jackson                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 2            Date Rcvd: Apr 01, 2014
                              Form ID: pdf006            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2014.
```
db         +Eulesses Jackson, Sr.,    1101 S. Highland Ave.,    Oak Park, IL 60304-2209
15922211   #Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
15922213   +Card Menber services,    CB Disputes,    P.O.Box 108,    Saint Louis, MO 63166-0108
15922214   +Charter One Bank,    P.O. Box 42113,    Providence, RI 02940-2113
15922215   +Charter One Card Services,    P.O. Box 7092,    Bridgeport, CT 06601-7092
15922216    Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
16507122    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15922219   +Citi,   Box 6000,    The Lakes, NV 89163-0001
15922221    FIA CSNA,    4060 Ogleton Staton Road,    Mail Code DES-019-03-07,    Newark, DE 19713
15922222   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    P.O. Box 630778,    Cincinnati, OH 45263-0778)
16578745   +FIRST FINANCIAL PORTFOLIO MANAGEMENT INC,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
             SAINT CLOUD MN 56302-7999,    Orig By: HSBC Card Services Inc.
15922223    Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
16591884   +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
15922225    GMAC Payment Processing Ctr.,    P.O. Box 85062,    Phoenix, AZ 85062
16686570   +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
15922227    The Home Depot/CBSD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
15922229   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O.Box 790408,    Saint Louis, MO 63179)
15922228    United State Department of Justice,    United States Attorney Northern Dis,
             219 South Dearborn St.,    Chicago, IL 60604
15922230   +Well Fargo Financial Cards,    3201 North 4th Avenue,    Sioux Falls, SD 57104-0700
15922231   +West Suburban Medical Center,    3 Erie Court,    Oak Park, IL 60302-2599
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16834109    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 02 2014 02:20:40
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
             Oklahoma City, OK   73124-8809
15922224   +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2014 02:19:55      GEMB/Lowes,    P.O. Box 981400,
             El Paso, TX 79998-1400
15922226   +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2014 02:19:57      Lowes,    P.O. Box 530914,
             Atlanta, GA 30353-0914
16524015   +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2014 02:18:04
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15922212*     Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
15922217*     Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
15922218*     Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
16625833*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
             Cincinnati, OH 45201-5229)
15922220   ##FIA Card Services,    P.O. Box 15137,    Wilmington, DE 19850-5137
                                                                                    TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: bchavez              Page 2 of 2            Date Rcvd: Apr 01, 2014
                              Form ID: pdf006            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2014 at the address(es) listed below:
          Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
          Jennifer A Blanc    on behalf of Debtor Eulesses  Jackson, Sr. blanclaw@sbcglobal.net
          Michael J  Kalkowski    on behalf of Creditor   HSBC Bank USA, N.A.
           mkalkowski@fisherandshapirolaw.com,  BK_IL_Notice@fisherandshapirolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com
                                                                                             TOTAL: 7
```