UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
JACKSON SR., EULESSES § Case No. 10-33854
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Charter One Bank P.O. Box 42113 Providence, RI 02940 |  |  |  |  |  |
|  | Fifth Third Bank P.O. Box 630778 Cincinnati, OH 45263-0778 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Payment Processing Ctr. P.O. Box 85062 Phoenix, AZ 85062 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | UNITED STATE DEPARTMENT OF JUSTICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Card Menber services CB Disputes P.O.Box 108 Saint Louis, MO 63166 | | | | | |
| | FIA CSNA 4060 Ogleton Staton Road Mail Code DES-019-03-07 Newark, DE 19713 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB/Lowes P.O. Box 981400 El Paso, TX 79998 | | | | | |
| | Lowes P.O. Box 530914 Atlanta, GA 30353 | | | | | |
| | The Home Depot/CBSD P.O. Box 6497 Sioux Falls, SD 57117-6497 | | | | | |
| | US Bank P.O.Box 790408 Saint Louis, MO 63179 | | | | | |
| | United State Department of Justice United States Attorney Northern Dis 219 Sourth Dearborn St. Chicago, IL 60604 | | | | | |
| | Well Fargo Financial Cards 3201 North 4th Avenue Sioux Falls, SD 57104 | | | | | |
| | West Suburban Medical Center 3 Erie Court Oak Park, IL 60302 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000007 | FIFTH THIRD BANK | | | | | |
| 000006 | FIRST FINANCIAL PORTFOLIO MANAGEMEN | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000009 | RBS CITIZENS | | | | | |
| 000008 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 10-33854 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | JACKSON SR., EULESSES | | | Date Filed (f) or Converted (c): | 07/29/10 (f) |
| | | | | 341(a) Meeting Date: | 09/24/10 |
| For Period Ending: | 06/05/14 | | | Claims Bar Date: | 02/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1101 S. HIGHLAND AVE. OAK PARK, IL 60304 | 180,950.00 | 0.00 | | 0.00 | FA |
| 2. 1056 BARNES RD. CANTON MS 39046 - VACANT LAND | 57,000.00 | 57,000.00 | | 13,000.00 | FA |
| 3. CHARTER ONE | 0.00 | 0.00 | | 0.00 | FA |
| 4. CHARTER ONE SAVINGS ACCOUNT | 900.00 | 900.00 | | 0.00 | FA |
| 5. CTA CREDIT UNINION ACCOUNT -4798 3112 W. FOSTER CH | 80.00 | 80.00 | | 0.00 | FA |
| 6. TCF CHECKING | 250.00 | 250.00 | | 0.00 | FA |
| 7. M & F NATIONAL BANK COZIESCO, MISSISSIPPI | 150.00 | 150.00 | | 0.00 | FA |
| 8. BANK OF AMERICA CHECKING | 110.00 | 110.00 | | 0.00 | FA |
| 9. HOUSEHOLD GOODS AND FURNITURE | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10. CLOTHING | 100.00 | 100.00 | | 0.00 | FA |
| 11. TREADMILL (FIVE YEAR OLD) INOPERABLE | 10.00 | 10.00 | | 0.00 | FA |
| 12. TERM LIFE: PRUDENCIAL INSURANCE $5000 FACE VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 13. TERM LIFE: UNITED OMAHA FACE VALUE $25,000 | 0.00 | 0.00 | | 0.00 | FA |
| 14. CTA PENSION $565.39/M | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2009 TAX REFUND (OWED $523) | 0.00 | 0.00 | | 0.00 | FA |
| 16. 1992 CHEVY LUNINA (SCRAP VALUE 260,000 MILES) | 100.00 | 100.00 | | 0.00 | FA |
| 17. 2005 CAMRY XLE 50,000 MILES | 10,000.00 | 10,000.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $250,650.00 | $69,700.00 | | $13,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-investigating MS RE Sale

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-33854    JBS    Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | JACKSON SR., EULESSES | Date Filed (f) or Converted (c): | 07/29/10 (f) |
| | | 341(a) Meeting Date: | 09/24/10 |
| | | Claims Bar Date: | 02/22/11 |

Initial Projected Date of Final Report (TFR): 09/30/11          Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-33854 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | JACKSON SR., EULESSES | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8561 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1598 | | |
| For Period Ending: | 06/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/13 | 2 | ANGELA HARRIS<br>1060 BARNES RD<br>CANTON MS 39046 | 1056 Barnes Rd. Canton MS 39046 - V | 1110-000 | 2,000.00 | | 2,000.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,990.00 |
| 12/13/13 | 2 | BANK PLUS<br>PERCY HARRIS<br>BK 10-33854 | 1056 Barnes Rd. Canton MS 39046 - V | 1110-000 | 11,000.00 | | 12,990.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.98 | 12,977.02 |
| 02/07/14 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 14.23 | 12,962.79 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.29 | 12,943.50 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.39 | 12,926.11 |
| 04/28/14 | 010002 | ANDREW J. MAXWELL<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 2,050.00 | 10,876.11 |
| 04/28/14 | 010003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | o/c 4/24/2014<br>Fees and Expenses | | | 10,485.18 | 390.93 |
| | | | Fees 10,426.50 | 3110-000 | | | |
| | | | Expenses 58.68 | 3120-000 | | | |
| 04/28/14 | 010004 | United State Department of Justice<br>United States Attorney Northern Dis<br>219 Sourth Dearborn St.<br>Chicago, IL 60604 | o/c 4/24/2014 | 5800-000 | | 390.93 | 0.00 |

Page Subtotals 13,000.00 13,000.00

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-33854 -JBS |
| Case Name: | JACKSON SR., EULESSES |
| Taxpayer ID No: | *******1598 |
| For Period Ending: | 06/05/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8561  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,000.00 | 13,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 13,000.00 | 13,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 13,000.00 | 13,000.00 | |

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8561 | 13,000.00 | 13,000.00 | 0.00 |
| | 13,000.00 | 13,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 18.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*